| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Perry J. Viscounty (Bar No. 132143) (petition for<br>    admission to be filed)<br>  Jordan B. Kushner (Bar No. 229477) |
| 3 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626-1925 |
| 4 | Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 |
| 5 | Email: jordan.kushner@lw.com |
| 6 | LATHAM & WATKINS LLP |
| 7 |   Jim Day (Bar No. 197158)<br>505 Montgomery St., Suite 2000 |
| 8 | San Francisco, California 94111-2562<br>Telephone: (415) 391-0600 |
| 9 | Facsimile: (415) 395-8095<br>Email: jim.day@lw.com |
| 10 | Attorneys for Defendants |
| 11 | CUSTOM HOUSE HOTEL, L.P. dba PORTOLA<br>PLAZA HOTEL; CUSTOM HOUSE, INC. and |
| 12 | CDT INVESTMENTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODSIDE HOTELS AND RESORTS GROUP SERVICES CORPORATION and MONTEREY PLAZA HOTEL, L.P.,<br><br>        Plaintiff,<br><br>   v.<br><br>CUSTOM HOUSE HOTEL, L.P. doing business as PORTOLA PLAZA HOTEL; CUSTOM HOUSE, INC., and CDT INVESTMENTS, INC.,<br><br>        Defendants. | CASE NO. C 06-06893 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\856335.1

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT

1  WHEREAS, plaintiffs Woodside Hotels and Resorts Group Services Corporation, *et al.* ("Plaintiffs") filed their Complaint for False Advertising and Trademark Infringement; Unfair Competition; Trademark Dilution; and Unjust Enrichment ("Complaint") on November 3, 2006;

WHEREAS, on November 9, 2006, counsel for defendants Custom House Hotel, L.P., *et al.* ("Defendants") agreed to accept service on behalf of all Defendants;

WHEREAS, the current date by which Defendants must respond to the Compliant is November 29, 2006;

WHEREAS, counsel for Defendants will be preparing for and in trial during the final weeks of November 2006, including November 29; and

WHEREAS, the Plaintiffs have agreed to an extension of time for the Defendants to respond to the Complaint up to and including December 13, 2006.

NOW, THEREFORE, the parties, through their attorneys of record, hereby stipulate, subject to the approval of this Court, that Defendants' deadline to answer or otherwise respond to the Complaint be extended fourteen (14) days to December 13, 2006.

ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

Dated: November 22, 2006         LATHAM & WATKINS LLP

By _____/s/_____
Jordan B. Kushner

Attorneys for Defendants
CUSTOM HOUSE HOTEL, L.P., dba
PORTOLA PLAZA HOTEL; CUSTOM
HOUSE, INC.; and CDT INVESTMENTS,
INC.

1  Dated: November 22, 2006                          HOWARD RICE NEMEROVSKI
2                                                    CANADY FALK & RABKIN
3
4                                              By _____/s/_____
                                                  Jeffrey E. Faucette
5                                              Attorneys for Plaintiffs
                                               WOODSIDE HOTELS AND RESORTS
6                                              GROUP SERVICES CORPORATION and
                                               MONTEREY PLAZA HOTEL, L.P.
7
8                              **ORDER**
9     Pursuant to stipulation and good cause appearing, IT IS ORDERED THAT:
10    Defendants' deadline to respond to the Complaint is extended to December 13,
11  2006.
12
13
14  Dated: November 27, 2006                    _____
                                                Hon. William H. Alsup
15                                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On **November 22, 2006**, I served the following document described as:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Jeffrey E. Faucette
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 22, 2006**, at Costa Mesa, California.

/s/
Jordan B. Kushner