1  MARTIN R. GLICK (No. 40187)
   DANIEL B. ASIMOW (No. 165661)
2  JEFFREY E. FAUCETTE (No. 193066)
   ROBERT D. HALLMAN (No. 239949)
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs
   WOODSIDE HOTELS AND RESORTS GROUP
8  SERVICES CORPORATION and MONTEREY
   PLAZA HOTEL, L.P.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| 13  WOODSIDE HOTELS AND RESORTS GROUP SERVICES CORPORATION and MONTEREY PLAZA HOTEL, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>CUSTOM HOUSE HOTEL, L.P. doing business as PORTOLA PLAZA HOTEL; CUSTOM HOUSE, INC. and CDT INVESTMENTS, INC.,<br><br>Defendants. | No. C 06 6893 WHA<br><br>Action Filed: November 3, 2006<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS |
|---|---|

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS

1     WHEREAS, Plaintiffs Woodside Hotels and Resorts Group Services Corporation and Monterey Plaza Hotel, L.P. ("Plaintiffs") filed their Complaint for False Advertising and Trademark Infringement; Unfair Competition; Trademark Dilution; and Unjust Enrichment ("Complaint") on November 3, 2006;

    WHEREAS, Defendants and Counterclaimants Custom House Hotel, L.P., Custom House, Inc., and CDT Investments, Inc. ("Defendants") filed their Answer and Counterclaims for Declaratory Relief; False Advertising; Unfair Competition; and Unjust Enrichment ("Counterclaims") on December 13, 2006;

    WHEREAS, the current date by which Plaintiffs must respond to Defendants' Counterclaims is January 2, 2007;

    WHEREAS, Plaintiffs and Plaintiffs' counsel are unable to coordinate their schedules to develop a response to Defendants' Counterclaims by January 2, 2007; and

    WHEREAS, Defendants have agreed to an extension of time for Plaintiffs to respond to their Counterclaims up to and including January 16, 2007.

    NOW, THEREFORE, the parties, through their attorneys of record, hereby stipulate, subject to the approval of this Court, that Plaintiffs' deadline to answer or otherwise respond to the Counterclaims be extended fourteen (14) days to January 16, 2007.

**ATTESTATION OF FILER CONCERNING SIGNATURE**

    In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

DATED: December 20, 2006.

HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
A Professional Corporation

By: /s/
JEFFREY E. FAUCETTE

Attorneys for Plaintiffs WOODSIDE HOTELS AND RESORTS GROUP SERVICES CORPORATION and MONTEREY PLAZA HOTEL, L.P.

DATED: December 20, 2006.

LATHAM & WATKINS LLP

By: /s/
JORDAN B. KUSHNER

Attorneys for Defendants CUSTOM HOUSE HOTEL, L.P., dba PORTOLA PLAZA HOTEL; CUSTOM HOUSE, INC.; and CDT INVESTMENTS, INC.

## ORDER

Pursuant to stipulation and good cause appearing, IT IS ORDERED THAT Plaintiffs' deadline to respond to the Counterclaims is extended to January 16, 2007

DATED: December 22, 2006

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS
-2-