1  MARTIN R. GLICK (No. 40187)
   Email:  mglick@howardrice.com
2  DANIEL B. ASIMOW (No. 165661)
   JEFFREY E. FAUCETTE (No. 193066)
3  ROBERT D. HALLMAN (No. 239949)
   HOWARD RICE NEMEROVSKI CANADY
4       FALK & RABKIN
   A Professional Corporation
5  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
6  Telephone:   415/434-1600
   Facsimile:    415/217-5910
7
   Attorneys for Plaintiffs
8  WOODSIDE HOTELS AND RESORTS GROUP
   SERVICES CORPORATION and MONTEREY
9  PLAZA HOTEL, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODSIDE HOTELS AND RESORTS GROUP SERVICES CORPORATION and MONTEREY PLAZA HOTEL, L.P.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CUSTOM HOUSE HOTEL, L.P. doing business as PORTOLA PLAZA HOTEL; CUSTOM HOUSE, INC. and CDT INVESTMENTS, INC.,<br><br>　　　　　Defendants. | No. C 06 6893 WHA (BZ)<br><br>Action Filed:  November 3, 2006<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE DATE<br><br>Date:　　　April 6, 2007<br>Time:　　　9:00 a.m.<br>Place:　　　Courtroom G, 15th Floor<br>Judge:　　　Hon. Bernard Zimmerman<br>Trial date:　　January 14, 2008 |

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE DATE

1  WHEREAS, Plaintiffs and Counter-Defendants Woodside Hotels and Resorts Group Services Corporation and Monterey Plaza Hotel, L.P. ("Plaintiffs"), and Defendants and Counterclaimants Custom House Hotel, L.P., Custom House, Inc., and CDT Investments, Inc. ("Defendants") requested an Early Settlement Conference with a Magistrate Judge on January 25, 2007;

WHEREAS, in his February 15, 2007 Case Management Order, Judge Alsup referred this matter to Magistrate Judge Bernard Zimmerman for settlement/mediation;

WHEREAS, in his February 23, 2007 Order Scheduling Settlement Conference, Judge Zimmerman scheduled the aforementioned settlement conference for April 6, 2007;

WHEREAS, counsel for Defendants was unable to attend a conference on April 6, 2007;

WHEREAS, Plaintiffs were unable to attend a conference on Defendants' preferred date of March 30, 2007;

WHEREAS, Plaintiffs believe a settlement conference may bear more fruit once a greater amount of discovery has taken place;

WHEREAS, Plaintiffs' counsel consulted Judge Zimmerman's chambers concerning alternate dates on which the settlement conference might take place via letter on March 12, 2007, and was instructed via telephone on March 14, 2007 that the conference could be rescheduled for May 10, 2007;

WHEREAS, upon Plaintiffs' request, Defendants have agreed to continue the date of the settlement conference until May 10, 2007.

NOW, THEREFORE, the parties, through their attorneys of record, hereby stipulate, subject to the approval of this Court, that the settlement conference currently scheduled for April 6, 2007, be continued and be rescheduled for May 10, 2007.

**ATTESTATION OF FILER CONCERNING SIGNATURE**

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

1  DATED: March 15, 2007.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By:  /s/
JEFFREY E. FAUCETTE

Attorneys for Plaintiffs WOODSIDE HOTELS AND RESORTS GROUP SERVICES CORPORATION and MONTEREY PLAZA HOTEL, L.P.

DATED: March 15, 2007.

LATHAM & WATKINS LLP

By:  /s/
JORDAN B. KUSHNER

Attorneys for Defendants CUSTOM HOUSE HOTEL, L.P., dba PORTOLA PLAZA HOTEL; CUSTOM HOUSE, INC.; and CDT INVESTMENTS, INC.

## ORDER

Pursuant to stipulation and good cause appearing, IT IS ORDERED THAT the settlement conference before Magistrate Judge Bernard Zimmerman is rescheduled for May 10, 2007, at 9:00 a.m., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

DATED: March 16, 2007

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
[signature]
Judge Bernard Zimmerman