IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODSIDE HOTELS AND RESORTS GROUP SERVICES CORPORATION and MONTEREY PLAZA HOTEL, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>CUSTOM HOUSE HOTEL, L.P., doing business as PORTOLA PLAZA HOTEL; CUSTOM HOUSE, INC., and CDT INVESTMENTS, INC.,<br><br>Defendants. | No. C 06-06893 WHA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM AND VACATING HEARING** |

In this action for trademark infringement and false advertising, defendants Custom House Hotel, L.P., Custom House, Inc., and CDT Investments, Inc., move to file a first amended answer and counterclaim. Plaintiffs Woodside Hotels and Resorts Group Services Corporation and Monterey Plaza Hotel, L.P. do not oppose this motion. Defendants have timely moved for leave to file a first amended answer and have shown good cause for doing so. Accordingly, defendants' motion for leave to file a first amended answer and counterclaim is **GRANTED**.

Plaintiffs filed this action on November 3, 2006, alleging claims of false advertising, trademark infringement, unfair competition, trademark dilution and unjust enrichment in connection with defendants' use of certain marks on their hotel's website. Plaintiffs contend that these marks are confusingly similar to plaintiffs' own marks. Defendants answered and

1  filed a counterclaim on December 13, 2006. A case management scheduling order issued on
2  February 13, 2007, which set a deadline of February 22, 2007, for seeking leave to amend or to
3  add new parties. Defendants brought this motion on that day.

4  Under FRCP 15(a), "leave to amend shall be freely given when justice so requires."
5  This standard is applied liberally. "In the absence of any apparent or declared reason — such as
6  undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure
7  deficiencies by amendments previously allowed, undue prejudice to the opposing party by
8  virtue of allowance of the amendment, etc. — the leave sought should, as the rules require, be
9  'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

10  Here, defendants sought leave to amend within the deadline set by the case management
11  order. There is no evidence of any bad faith or dilatory motive in defendants' motion. Finally,
12  because plaintiffs do not oppose this motion, there will be no undue prejudice to them in
13  allowing defendants to file an amended answer and counterclaim.

14  For all the above-stated reasons, defendants motion for leave to file an amended answer
15  and counterclaim is **GRANTED**. Seeing that no further argument is necessary, the hearing on
16  this motion is hereby **VACATED**.

18  **IT IS SO ORDERED.**

20  Dated: March 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2