UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODSIDE HOTELS AND RESORTS GROUP SERVICES CORP, et al., | )<br>)<br>) |
| Plaintiff(s), | ) No.  C06-6893 WHA (BZ)<br>) |
| v. | ) **ORDER SCHEDULING**<br>) **TELEPHONE CONFERENCE** |
| CUSTOM HOUSE HOTEL, et al., | )<br>) |
| Defendant(s). | )<br>) |

It is hereby ordered that a telephone conference to discuss the status of the settlement negotiations is scheduled for May 29, 2007 at 3:00 p.m.  Counsel for plaintiffs shall get counsel for defendants on the line and contact chambers at (415) 522-4093.  The party representatives need not participate.

Dated: May 10, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

1